Certificate Number: 17572-PAM-DE-034809710

Bankruptcy Case Number: 20-01616



17572-PAM-DE-034809710

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2020, at 12:30 o'clock AM PDT, Kenneth M Jordan completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 25, 2020

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor