```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 20-01616-RNO
Kenneth M. Jordan                                                       Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke            Page 1 of 1              Date Rcvd: Sep 04, 2020
                             Form ID: 318               Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
```
db              +Kenneth M. Jordan,    641 Tioga Avenue,    Kingston, PA 18704-5627
5329982         +Ashley,    1715 E Independence Street,    Springfield, MO 65804-3799
5329983          Capital One,    PO Box 71087,    Charlotte, NC 28272-1087
5329986         +Halstead Financial Services, LLC,    P O Box 828,    Skokie, IL 60076-0828
5329988          LVNV Funding LLC,    P O Box 19497,    Greenville, SC 29603
5329989          Nationwide Credit, Inc.,    P O Box 15130,    Wilmington, DE 19850-5130
5329993          PNC Bank, N.A.,    P.O. Box 5570,    Locator Z1-YB43-02-1,    Cleveland, OH 44101-0570
5329992          PennyMac,    P O Box 514387,    Los Angeles, CA 90051-4387
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Sep 04 2020 23:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5329984         +EDI: CAPITALONE.COM Sep 04 2020 23:18:00      Capital One Services, LLC,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
5329985          EDI: WFNNB.COM Sep 04 2020 23:18:00      Comenity NewYork & Co,    P O Box 659728,
                 San Antonio, TX 78265-9728
5329987          EDI: JPMORGANCHASE Sep 04 2020 23:18:00      J P Morgan Chase,    P O Box 15369,
                 Wilmington, DE 19850
5329990          EDI: RMSC.COM Sep 04 2020 23:18:00      Old Navy/Synchrony Bank,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
5329991          EDI: AGFINANCE.COM Sep 04 2020 23:18:00      One Main Financial,    695 Kidder Street,
                 Wilkes Barre, PA 18702-6938
5329994         +E-mail/Text: BKMailbox@QVC.com Sep 04 2020 19:24:06      QVC, Inc,    1200 Wilson Drive,
                 West Chester, PA 19380-4262
5330416         +EDI: RMSC.COM Sep 04 2020 23:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5329995          EDI: TFSR.COM Sep 04 2020 23:18:00      Toyota Financial,    P O Box 5855,
                 Carol Stream, IL 60197-5855
5329996          EDI: WFFC.COM Sep 04 2020 23:18:00      Wells Fargo Auto,    P O Box 17900,
                 Denver, CO 80217-0900
                                                                                                TOTAL: 10

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor 1 Kenneth M. Jordan KMWesq@aol.com,    law297@aol.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               PA41@ecfcbis.com;psheldon@sheilslaw.com;jspott@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | Kenneth M. Jordan | Social Security number or ITIN  xxx–xx–9278 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–01616–RNO | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth M. Jordan

**By the court:**

*(signature)* Robt N. Opel II

9/4/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**