```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                  Case No. 20-01616-RNO
Kenneth M. Jordan                                       Chapter 7
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke      Page 1 of 1          Date Rcvd: Sep 04, 2020
                              Form ID: fnldec       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db            +Kenneth M. Jordan,    641 Tioga Avenue,    Kingston, PA 18704-5627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
         Kevin M Walsh    on behalf of Debtor 1 Kenneth M. Jordan KMWesq@aol.com,  law297@aol.com
         Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,
          PA41@ecfcbis.com;psheldon@sheilslaw.com;jspott@sheilslaw.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kenneth M. Jordan,                                    Chapter          7

      **Debtor 1**

Case No.          5:20–bk–01616–RNO

Social Security No.:

                xxx–xx–9278

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  September 4, 2020                          By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)